```
JOHN L. ROZIER - SBN 103059
NELSON & ROZIER
3924 West Caldwell Avenue, Suite A
Visalia, CA  93277
Telephone: (559) 713-0159
Facsimile: (559) 713-0166

Attorneys for Plaintiff,
TERESA TIDD
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

-o0o-

| | |
|---|---|
| TERESA TIDD,<br><br>            Plaintiff,<br><br>     vs.<br><br>VETERANS ADMINISTRATION OF THE UNITED STATES OF AMERICA; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 1:15-cv-00953 EPG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT, UNITED STATES OF AMERICA, TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUANCE OF HEARING DATE FOR THE INITIAL SCHEDULING CONFERENCE AND ORDER THEREON** |

-o0o-

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys that Defendant, UNITED STATES OF AMERICA, may have an additional 30 days in which to answer or otherwise respond to plaintiff's complaint consistent with Local Rule 144.  Therefore, the last day for defendant to answer or otherwise respond to plaintiff's complaint is December 16, 2015.

IT IS FURTHER STIPULATED by and between the parties through

1

STIPULATION TO EXTEND TIME FOR DEFENDANT, UNITED STATES OF AMERICA, TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUANCE OF HEARING DATE FOR THE INITIAL SCHEDULING CONFERENCE AND ORDER THEREON

NELSON & ROZIER
3924 W CALDWELL
SUITE A
VISALIA CA

their respective attorneys that the Initial Scheduling Conference currently scheduled for December 1, 2015, be continued to January 11, 2016, at 9:30 a.m. in Department 10.

Dated:   November 24, 2015                    NELSON & ROZIER

                                              By /S/RYAN NELSON
                                                John L. Rozier, Attorneys
                                                for Plaintiff, TERESA TIDD

Dated:   November 24, 2015                    UNITED STATES OF AMERICA

                                              By /S/JEFFREY J LODGE
                                                Jeffrey J. Lodge, Attorneys
                                                for Defendant, UNITED
                                                STATES OF AMERICA

   Pursuant to the parties' Stipulation, it is ordered as follows:

   1.   Defendant, UNITED STATES OF AMERICA, is granted an extension to December 16, 2015, to respond to plaintiff's complaint.

   2.   The hearing date for the Initial Scheduling Conference is continued from December 1, 2015, to **January 11, 2016, at 9:30 a.m. in Courtroom 10.**

IT IS SO ORDERED.

   Dated:   **November 24, 2015**            /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

NELSON & ROZIER
3924 W CALDWELL
SUITE A
VISALIA CA

2

STIPULATION TO EXTEND TIME FOR DEFENDANT, UNITED STATES OF AMERICA, TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUANCE OF HEARING DATE FOR THE INITIAL SCHEDULING CONFERENCE AND ORDER THEREON